# EXHIBIT A

To: Judge Komitte

From: Alonzo Scott

Date: 4-10-22

I am writing this letter today to convey to the beat of my ability my sincere regrets and deepest sorrow in knowing that my action of DISTRIBUTION OF AND POSSESSION WITH INTENT TO DISTRIBUTE AN CONTROLLED SUBSTANCE Have caused so much hurt to as well as myself. My addiction to narcotics has altered my reasoning which lead to a broad series of horrible decision which stems in my teenage years and persist throughout my life basically. I lived suspiciously as well as defensively for most of my life .I have failed to acknowledge the pain harm i have caused others not because i do not feel regretful nor sorrow but because i am frustrated with my inability to express my remorse in a better manner. Those decision to commit such act has etched hurt & pain into my community. But i have  contributed an tremendous amount of effort towards moving beyond this way of thinking and this way of life . I have chosen to seek counseling an a routine basis(BRIDGE BACK TO LIFE ) which has been center of information . It has also help me developed a sense of self awareness which has been aiding in change of mind & heart . I also made a sound decision to pursue college degree in Business Finance. I have been actively engagaged in the curriculum off and on since (2019). The Faculty has been truly resourceful factor and very uplifting since my inception into the college. I look forward to continuing my education upon the conclusion of the case. I also still feel that mental health & drug treatment programming should be something that i should consider due to the fact that both are critical factors in reinvention and transformation of my recovery .I know it may appear to you that i am a career offender but contrary to the belief , i am everything but that ,and that is evident. Those tremendous strides towards change ,recovery, mental health is duly noted. I inspire to do better to be a better man to my family and friends, to be a better to my church to  be a remodel in the community to be a better father figure to (Latoya's) children and to be the man Latoya would love to marry  some day. I believe that we have established a sound interest within each other an interest we are willing to explore for eternity.


I am very aware that was given two opportunities at Bail --which i truly appreciate. I feel that i have done exceptionally well on both instants . I maintained employment , was in a Dual focus instants in college at some point in the beginning of this criminal proceeding and re-enrolled in this pass Spring Semester but had to withdraw due to scheduling conflict, reported to Pre-trial on a demand basis .

# EXHIBIT B

To Whom it May concern,

This is a character letter for Alonzo Scott. I have known Alonzo over 20 years, my name is Latoya Hill and he has been my long time mate and now fiancé.

   Alonzo is a very manner-able and respectful human being. What drew me to him as he became an adult and we reconnected was his potential, determination, dedication and drive.

   As of recent Alonzo was working and attending college courses which he took very seriously, exemplifying extraordinary grades. He's always reading or always willing to learn about any and everything. He has even taught me and my twin sons' a lot. In which he plays a very influential role in their lives at the absorbent age of fourteen, of two young men who suffered the loss of their father when they were six months old! Alonzo adores my children and they love him just as much. He sets good examples for them and gives them advice about this world and what it does have to offer if you do the right thing.

   I grew up in a very religious setting, with my Uncle being a World Renowned Bishop. During Covid of course churches were closed so Alonzo and I joined a social media prayer community called "the Gathering" ;time of restoration. This group is intended to invite people who are searching or seeking rather to form a deeper relationship with Christ through Bible Study. It entails Sunday Prayer calls, bible study, book readings, praised & worship during the midweek. Now that restriction's have been lifted we hope that one day we as a family can attend church physically, which is a little difficult due to Alonzo's EMU Monitor.

   Alonzo has made many mistakes in the past that he truly regrets and repents and asks forgiveness for everyday! He just wants to start over and anew. And get back into society, work, complete his education and eventually open a business.

   He is a loving kind hearted man who would like a second chance at life, and to be a father figure to my twins' and for us to create a life together.

   Family is very important to him. He has brought so much structure to my life and my household. All of these characteristics will make him a great asset to Society.


Latoya Hill

Dear Judge Komittee

My name is Shaqueena Malagic. Currently I am stay at home mom. I have known Alonso for 27 years. We were raised in the same neighborhood. We are very close and we communicate often, I know Alonzo very well.

There has been a few major circumstances in Alonzos life that have led him down the path that he has chosen.
 For example,  growing up he was raised by single mother of three & thats effected him because Alonzo did not have a positive father figure. With that being said his mother has kicked him out at a early age,if I'm not mistaken it was at the age of fifteen through seventeen, during that time he was in between couches stairways and homeless shelters as if it wasn't bad enough he ended up  not completing his high school education.

I definitely believe this  may have contributed to his participating in the crime to which he plead guilty. Alonzo has become a custom to a survival lifestyle. Being that he has Dealt with homeless he ultimately did what he had to do to survive. Some of the decisions he has made in his younger life has impacted him drastically. There has been instances where he has abused and sold drugs which led him to being incarcerated young. He knew that if he was caught he would have a roof over his head as well as food,

Alonzo has been incarcerated for total of 10 years.While being incarcerated he was able to reflect on his decisions and grow as a man,& he was able to obtain a proper education, Work on his mental health ,Set goals as well as overcome his drug addiction!

Some of the goals he set is to complete college, start a family and become the father figure he always wanted! He seeks a fulfilling life, with hopes to also purchase a home as well as start another business.

A few years back when Alonzo  was released from prison he open up a business and hired employees as well as had a company vehicle. it was short-lived but he still did it! He no longer wanted to live the life that he lived before and it showed.

Alonzo is a kind hearted man who has done wrong and try's to make up for it every day. He and I often speak of the decisions he has made and how he regrets them so deeply and wishes he had made different Decisions in life.

Some of the things he regrets are leaving home at a early age, having to quit school dealing with drug addiction, and most importantly poisoning the community and affecting families.

I see him trying to make up for his bad decisions by speaking to Younger men in the community about how they can change their ways!

As well as Setting a good example for everyone all around by admitting his wrongs and no longer participating in illegal things.

Alonzo always demonstrates compassion,When he speaks about how much he has grown and changed he is genuinely sincere. Even though his mother has kicked him out young he has so much love for his family.

Allonzo has been employed at a transportation company where he transports elderly clients to medical appointments. He sticks with very strict routine.
Allonzo has been employed with this company for about one year.He tells me he has a good relationship with his clients and they talk about many things and he wishes to live that long Happy like them. With income he earned he often buys his family members gifts. And sends money to family members who lives out of state.

Alonzo has done a number of good deed by donating his belonging such as vehicles and furniture to family's in need.

Allonzo has many traits he's a very hard worker. He's working about 70 hours a week.

He's driven  Very determined and capable kind and sincere. At this point I definitely like to say he's a good role model He's remorseful and compassionate. And most importantly he's kind

He has made many contribution to his family, as well as the community.By writing his wrongs, telling others not to do wrong helping those in need and  setting a good example.
Alonzo now has a good reputation
A lot of people thought there was no hope for him but he has proven everyone wrong!
By making a change in his lifestyle.
He has made changes by Becoming a man of his word by
Maintaining a job enrolling in Staten Island college and sticking to the goals he has set!
he's very respected in the community  he is liked and loved by manny! I'm very proud of the progress he has made and I look forward to seeing the person he is becoming amd the man he has grown to be

Thank you so much for your Time if you have questions or would like to know anything else feel free to reach out to me via email


Sent from my iPhone

October 7, 2021

To whom it may concern;

This letter is a character letter for Alonzo Scott. As a Reverend of the New Jerusalem Worship Center in Queens New York I have had the distinct privilege of knowing Alonzo's long time mate Latoya Hill and Alonzo Scott. In such, the two have used their faith as a primary place of instructions and guidance on how to be better human beings. The relationship has blossomed in a manner that is most evident in Alonzo's aspiration to be a man of character good rapport and family centered individual. In addition to serving as an Associate Minister at the NJWC I also host an online social media prayer community. The prayer community is called the Gathering; time of restoration time of restoration. This group is intended to invite those who are seeking to form deeper relationship with Christ through Bible study, Sunday prayer calls, book readings, and praise and worship during the midweek. All components meet the objective of supporting those like Alonzo and Latoya whose affiliation with the traditional church was altered during the pandemic. Although, church doors were closed this did not impede both their desires to regularly participate in virtual learning. It is my belief that in concert of his career as an Ambulette driver and a student he endeavors to address the whole man. Alonzo's desire to gain mastery in his academia, his vocation, and his spiritual life cannot be ignored.

I truly, believe that these core values are the ingredients needed for restorative justice and re-entry to community. As a professor of Nyack College in the Social Work department it is my belief that in order to address criminogenic behaviors we must use the lens of social emotional support and reform. It is my hope that we will continue to work to connect individuals like Alonzo with stakeholders in their community that will help to support the needed behavior modification. Alonzo is such the individual that can profit from remaining in the community with adequate resources. He is a loving, kind hearted man who made a mistake, and understands the ramifications. He would like a second chance to continuing working and earning a degree, it is his desire to be a father-figure for his fiancée and her two boys. The two boys suffered the loss of their father, and after a decade Latoya dedicated her life exclusively to the lives of her two boys, she now has a man in her life that adores her boys and wants to create a life together. Please consider, family reunification for Alonzo Scott and Latoya Hill, I implore you to consider his release to return to work, school and family while awaiting trial.

Sincerely yours,

Dr. Rev. Marcia Herrera, LMSW



19 Granite Ave. Staten Island. NY. 10303
Office: 718-556-5566 Fax:718-556-5044

**Employee Alonzo Scott**

October 5, 2021

To Whom It May Concern,

Mr. Alonzo Scott was hired by ACT Ambulette on March 22, 2021 and worked until July 25th., 2021.

In the five months working for the company, Mr. Scott showed himself as a great employee. Always show up to work on time, did not miss any working days, and show great respect to his fellow workers. Working in the industry where you deal with sick people whole day, Mr. Scott was able to give care and be very courteous to the patients transported by him.

In the beginning of July, Mr. Scott advised me that unfortunately, he will have to terminate his employment and gave me two weeks' notice. As an employer, I greatly appreciate the curtesy of employee letting me know in advance about their plans, so that I can be prepared.

I myself, my dispatcher and the drivers, were very sorry to see Mr. Scott go. With this writing I would like to let you know that Mr. Scott would be welcome to come and work for ACT Ambulette without any hesitation.

Hope this letter will help to resolve any personal problems Mr. Scott presently have and we are looking forward to see him on board our working fleet.

ACT Ambulette

Oleg Batuner
President



THE CITY UNIVERSITY OF NEW YORK
College of Staten Island

Psychology/Sociology and Anthropology Building
Building 4S, Room 108
2800 Victory Blvd
Staten Island, NY 10314

To Whom It May Concern:

I am writing to express my sincere support for Mr. Alonzo Scott in his request for release. I met Mr. Scott in August 2020 when he was a student in the Introduction to Psychology course taught by me at the College of Staten Island, and I was very impressed by his high level of focus and self-motivation. Mr. Scott participated fully in the course for the first few weeks before informing me that would have no choice but to withdraw from the course for personal reasons. I expressed my support and encouragement at the time, as well as my hopes that he would be able to re-enroll in classes soon. My hope now is that you will grant him that opportunity.

During the time that he was enrolled in the course Mr. Scott submitted all assignments and maintained an A grade average. His attendance at class meetings, which were held on Zoom because of COVID-19 restrictions, was excellent. His contributions to discussions were always fair and thoughtful. If I asked a question and no other student responded, I knew I could count on Alonzo for a helpful response. He modeled good conduct in simple ways, like being one of the only students to keep the camera on during the Zoom meeting. He was always willing to ask questions and make comments that would benefit his classmates too – a testament to his generous nature and leadership qualities. Mr. Scott was also a member of a grant-funded learning community aimed at providing resources and support for students interested in entrepreneurship or technology in the public interest. Within this learning community, Mr. Scott was an excellent role model for his peers. I hope to be able to welcome him back into the program.

Alonzo Scott is a young man with a lot of potential who I believe has the ability, ambition, and degree of self-motivation necessary for success in college. Through my interaction with Alonzo, I was reminded of my own life journey. I know what it feels like to go back to school later in life, to be the oldest person in class, and often the only Black male in class. I also know the tremendous difference it can make when someone is willing to give you a chance; to give you the support you need, when you need it. I am where I am today because I got that support.

I wholeheartedly believe that Alonzo deserves support just as much as I did. Thank you for your kind consideration of this request for your support on his behalf.

Sincerely,

Roderick Hurley
Adjunct Lecturer
College of Staten Island
Doctoral Student
Critical Social/Personality Psychology
The Graduate Center, CUNY

October 4th, 2021

To Whom It May Concern:

I have had the pleasure of knowing Alonzo Scott for 8 weeks as his advisor during his time in our summer math remediation program, Math Start, at the College of Staten Island. During the time of our professional relationship, I have known Alonzo to have demonstrated great maturity and reliability in all aspects of his involvement in our program.

Alonzo was very communicative about his needs throughout. In his math class, he established an excellent worth ethic and was always very responsible when it came to the submission of his work. He demonstrated an impressive professionalism in his communication with myself & his math teacher, whether it was in person or via email communication.

Alonzo is an intelligent, capable, dedicated, and personable man. He is always considerate, with sensible reactions in all the circumstances I've seen him in. I feel confident in saying that he is capable of handling any situation with thoughtfulness and maturity.

Please don't hesitate to contact me at jesus.valdes@csi.cuny.edu with any questions.

Regards,

Jesus Valdes



2800 Victory Boulevard
Staten Island, NY 10314
T 718.982.3069 F 718.982.3330
www.csi.cuny.edu

CUNY Start/ Math Start
Building 4N Room 207

cunystart@csi.cuny.edu

To whom it may concern,

This is to verify that Alonzo Scott enrolled in and completed the Math Start program at the College of Staten Island. During the time he was enrolled, he had perfect attendance and earned a passing grade. Completing and passing the Math Start program enables him to now matriculate at the College of Staten Island, having met the remediation policy. If you need any further information please feel free to reach me at nada.michael@csi.cuny.edu

Sincerely,

Nada Michael
Associate Director
CUNY Start/Math Start